United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Allied Property & Casualty Insurance Company,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Farmers Insurance Exchange, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | NO. C 06-05489 JW<br><br>**ORDER EXEMPTING CASE FROM ADR PROCESS** |

The parties participated in an ADR Phone Conference with Howard Herman on December 12, 2006. Following that conference, ADR recommended to the Court that this case not be referred to any ADR process, as it presents straightforward legal issues of insurance contract interpretation. Accordingly, the Court ORDERS this case exempt from any further ADR process.

Dated:  December 20, 2006

　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David P. Borovsky dborovsky@longlevit.com
Karen L. Uno kuno@longlevit.com

**Dated: December 20, 2006**                                **Richard W. Wieking, Clerk**

                                                    **By:  /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

United States District Court
For the Northern District of California