1   KAREN L. UNO (State Bar No. 117410)
    DAVID P. BOROVSKY (State Bar No. 216588)
2   LONG & LEVIT LLP
    465 California Street, Suite 500
3   San Francisco, CA 94104
    Telephone: (415) 397-2222
4   Facsimile: (415) 397-6392

5   Attorneys for Plaintiff
    ALLIED PROPERTY AND CASUALTY
6   INSURANCE COMPANY

7   CYNTHIA L. MELLEMA (State Bar No. 122798)
    PETER R. SOARES (State Bar No. 206715)
8   SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
9   San Francisco, CA 94105-2708
    Telephone: (415) 882-5000
10  Facsimile: (415) 882-0300

11  Attorneys for Defendant
    ALLSTATE INDEMNITY COMPANY

12

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17  ALLIED PROPERTY AND CASUALTY        Case No. C06 05489 JW PVT
    INSURANCE COMPANY,
18                                       STIPULATION TO EXTEND DEADLINE
                                         FOR ALLSTATE INDEMNITY
19              Plaintiff,               COMPANY'S RESPONSE TO
                                         COMPLAINT
20      vs.

21  FARMER INSURANCE EXCHANGE, et
    al.,
22
                Defendants.
23

24

25

26

27

28



IT IS SO ORDERED

Judge James Ware

---

-1-

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1     IT IS HEREBY STIPULATED by and between Plaintiff Allied Property and Casualty

2    Insurance Company ("Allied") and Defendant Allstate Indemnity Company ("Allstate"), by and

3    through their respective counsel, that the deadline for Allstate's response to Allied's complaint

4    is extended until January 15, 2007.

5

6                     LONG & LEVIT LLP

7

8    DATED: __1/3/07__

9                     Karen L. Uno
                       David P. Borovsky

10                   Attorneys for ALLIED PROPERTY AND
                    CASUALTY INSURANCE COMPANY

11

12

13            SONNENSCHEIN NATH & ROSENTHAL LLP

14

15    DATED: _____

16                     Peter R. Soares
                    Attorneys for ALLSTATE INDEMNITY
                    COMPANY

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-2-
STIPULATION TO EXTEND DEADLINE FOR ALLSTATE'S RESPONSE TO COMPLAINT

1    IT IS HEREBY STIPULATED by and between Plaintiff Allied Property and Casualty

2  Insurance Company ("Allied") and Defendant Allstate Indemnity Company ("Allstate"), by and

3  through their respective counsel, that the deadline for Allstate's response to Allied's complaint

4  is extended until January 15, 2007.

5

6                                                LONG & LEVIT LLP

7

8  DATED: _____     _____

9                                                Karen L. Uno
                                                 David P. Borovsky
10                                               Attorneys for ALLIED PROPERTY AND
                                                 CASUALTY INSURANCE COMPANY
11

12                                               SONNENSCHEIN NATH & ROSENTHAL LLP

13

14  DATED: 1-3-07                          _____

15                                               Peter R. Soares
                                                 Attorneys for ALLSTATE INDEMNITY
16                                               COMPANY

17

18

19

20

21

22

23

24

25

26

27

28

Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26ᵀᴴ Floor
San Francisco, California 94105-2708
(415) 882-5000