*[GRANTED stamp with signature of Judge James Ware, United States District Court, Northern District of California]*

1  KAREN L. UNO  State Bar #117410
2  DAVID P. BOROVSKY  State Bar #216588
   LONG & LEVIT LLP
3  465 California, Suite 500
   San Francisco, CA  94104
4  TEL: (415) 397-2222   FAX: (415) 397-6392
   kuno@longlevit.com  dborovsky@longlevit.com
5
   Attorneys for Plaintiff
6  ALLIED PROPERTY AND CASUALTY
   INSURANCE COMPANY
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | ALLIED PROPERTY AND CASUALTY     | CASE No. C-06-05489 JW PVT
   | INSURANCE COMPANY,               |
12 |                                  | **STIPULATION RE:  DISMISSAL OF
   |               Plaintiff,         | DEFENDANT JEAN E. AUGUST
13 |                                  | WITHOUT PREJUDICE CONDITIONED
   |        vs.                       | ON HER AGREEMENT TO BE BOUND
14 |                                  | BY JUDGMENT AND PARTICIPATE IN
   | FARMERS INSURANCE EXCHANGE,      | DISCOVERY**
15 | ALLSTATE INDEMNITY COMPANY,
   | LINCOLN GENERAL INSURANCE
16 | COMPANY, DIRECT SERVICES, INC.,
   | JEFFREY STEVEN HUFF, JEAN E.
17 | AUGUST, RAUL CERVANTES, ADA
   | PALMA RODRIGUEZ, JUAREZ
18 | MARCELINO, CONSUELO
   | RODRIGUEZ, DINA RODRIGUEZ,
19 | JOEL RODRIGUEZ, SERGIO
   | RODRIGUEZ, CONSUELO P.
20 | RODRIGUEZ, GERMAN RODRIGUEZ,
   | JR., RUBEN RODRIGUEZ, MANUEL
21 | RODRIGUEZ, and DOES 1-50,
   | inclusive,
22 |
   |               Defendants.
23

                              1
                  STIPULATION RE:  DISMISSAL

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Plaintiff Allied Property & Casualty Insurance Company ("Allied") and defendant Jean E. August stipulate as follows:

To safeguard Allied's ability to obtain a full and final judicial declaration of its rights and obligations under the policy as to all originally named defendants as set forth in the complaint, and to minimize the expense associated with the formal participation of Jean E. August in this lawsuit, the parties hereby agree that:

Allied will dismiss, without prejudice, Jean E. August;

Both parties waive their right to recover costs from the other with respect to this dismissal;

Notwithstanding her voluntary dismissal, Jean E. August shall be bound by the court's judgment in this action as if she had remained a named defendant; and, further, she shall fully cooperate in the discovery process as though she had remained a named defendant, to the extent such discovery is necessary.

Dated: January 8, 2007

LONG & LEVIT LLP

By: _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Plaintiff
ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

Dated: December 27, 2006

HOGAN & STICKEL, INC.

By: _____
BRANDT R. STICKEL
Attorneys for Defendant
JEAN E. AUGUST

DOCS\S5240-286\527009.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION RE: DISMISSAL