```
 1  KAREN L. UNO (State Bar No. 117410)
    DAVID P. BOROVSKY (State Bar No. 216588)
 2  LONG & LEVIT LLP
    465 California Street, Suite 500
 3  San Francisco, CA 94104
    Telephone: (415) 397-2222
 4  Facsimile: (415) 397-6392

 5  Attorneys for Plaintiff
    ALLIED PROPERTY AND CASUALTY
 6  INSURANCE COMPANY

 7  CYNTHIA L. MELLEMA (State Bar No. 122798)
    PETER R. SOARES (State Bar No. 206715)
 8  SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
 9  San Francisco, CA 94105-2708
    Telephone: (415) 882-5000
10  Facsimile: (415) 882-0300

11  Attorneys for Defendant
    ALLSTATE INDEMNITY COMPANY
```



GRANTED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FARMER INSURANCE EXCHANGE, et al.,<br><br>Defendants. | Case No. C06 05489 JW PVT<br><br>STIPULATION TO EXTEND DEADLINE FOR ALLSTATE INDEMNITY COMPANY'S RESPONSE TO COMPLAINT |

-1-
STIPULATION TO EXTEND DEADLINE FOR ALLSTATE'S RESPONSE TO COMPLAINT

1  IT IS HEREBY STIPULATED by and between Plaintiff Allied Property and Casualty
2  Insurance Company ("Allied") and Defendant Allstate Indemnity Company ("Allstate"), by and
3  through their respective counsel, that the deadline for Allstate's response to Allied's complaint
4  is extended until January 29, 2007.

LONG & LEVIT LLP

DATED: 1/11/07

Karen L. Uno
David P. Borovsky
Attorneys for ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY


SONNENSCHEIN NATH & ROSENTHAL LLP

DATED: _____

Peter R. Soares
Attorneys for ALLSTATE INDEMNITY
COMPANY

-2-
STIPULATION TO EXTEND DEADLINE FOR ALLSTATE'S RESPONSE TO COMPLAINT

1  IT IS HEREBY STIPULATED by and between Plaintiff Allied Property and Casualty
2  Insurance Company ("Allied") and Defendant Allstate Indemnity Company ("Allstate"), by and
3  through their respective counsel, that the deadline for Allstate's response to Allied's complaint
4  is extended until January 29, 2007.

                                        LONG & LEVIT LLP

DATED: _____        _____
                                    Karen L. Uno
                                    David P. Borovsky
                                    Attorneys for ALLIED PROPERTY AND
                                    CASUALTY INSURANCE COMPANY


                                    SONNENSCHEIN NATH & ROSENTHAL LLP

DATED: 1-11-07                      _____
                                    Peter R. Soares
                                    Attorneys for ALLSTATE INDEMNITY
                                    COMPANY

# PROOF OF SERVICE

I, Katherine Carr James, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On January 12, 2007, I served a copy of the following document entitled:

**STIPULATION TO EXTEND DEADLINE FOR ALLSTATE INDEMNITY COMPANY'S RESPONSE TO COMPLAINT**

on the interested parties in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

| | |
|---|---|
| **David Brian Ezra** | **Ross C. Smith** |
| **BERGER KAHN** | **BERGER KAHN, A Law Corporation** |
| **2 Park Plaza, Suite 650** | **Jamboree Center** |
| **Irvine, CA 92614-2519** | **2 Park Plaza, Suite 650** |
| (Attorneys for Defendant | **Irvine, CA 92614-8516** |
| Farmers Insurance Exchange) | (Attorneys for Defendant |
| | Farmers Insurance Exchange) |

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

☐ HAND DELIVERY: I caused such document to be served by hand delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on January 12, 2007, at San Francisco, California.

*/s/ Katherine Carr James*
Katherine Carr James