```
1   KAREN L. UNO (State Bar No. 117410)
    DAVID P. BOROVSKY (State Bar No. 216588)
2   LONG & LEVIT LLP
    465 California Street, Suite 500
3   San Francisco, CA 94104
    Telephone: (415) 397-2222
4   Facsimile: (415) 397-6392

5   Attorneys for Plaintiff
    ALLIED PROPERTY AND CASUALTY
6   INSURANCE COMPANY

7   CYNTHIA L. MELLEMA (State Bar No. 122798)
    PETER R. SOARES (State Bar No. 206715)
8   SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
9   San Francisco, CA 94105-2708
    Telephone: (415) 882-5000
10  Facsimile: (415) 882-0300

11  Attorneys for Defendant
    ALLSTATE INDEMNITY COMPANY
```



GRANTED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FARMER INSURANCE EXCHANGE, et al.,<br><br>Defendants. | Case No. C06 05489 JW PVT<br><br>STIPULATION TO EXTEND DEADLINE FOR ALLSTATE INDEMNITY COMPANY'S RESPONSE TO COMPLAINT |
|---|---|

1  IT IS HEREBY STIPULATED by and between Plaintiff Allied Property and Casualty
2  Insurance Company ("Allied") and Defendant Allstate Indemnity Company ("Allstate"), by and
3  through their respective counsel, that the deadline for Allstate's response to Allied's complaint
4  is extended until February 5, 2007.

LONG & LEVIT LLP

DATED: 1/29/07

Karen L. Uno
David P. Borovsky
Attorneys for ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP

DATED: _____

Peter R. Soares
Attorneys for ALLSTATE INDEMNITY
COMPANY

-2-
STIPULATION TO EXTEND DEADLINE FOR ALLSTATE'S RESPONSE TO COMPLAINT

1  IT IS HEREBY STIPULATED by and between Plaintiff Allied Property and Casualty
2  Insurance Company ("Allied") and Defendant Allstate Indemnity Company ("Allstate"), by and
3  through their respective counsel, that the deadline for Allstate's response to Allied's complaint
4  is extended until February 5, 2007.

LONG & LEVIT LLP

DATED: _____

Karen L. Uno
David P. Borovsky
Attorneys for ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP

DATED: 1-29-07

Peter R. Soares
Attorneys for ALLSTATE INDEMNITY
COMPANY