1  KAREN L. UNO (State Bar No. 117410)
   DAVID P. BOROVSKY (State Bar No. 216588)
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA 94104
   Telephone: (415) 397-2222
4  Facsimile: (415) 397-6392

5  Attorneys for Plaintiff
   ALLIED PROPERTY AND CASUALTY
6  INSURANCE COMPANY

7  CYNTHIA L. MELLEMA (State Bar No. 122798)
   PETER R. SOARES (State Bar No. 206715)
8  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
9  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
10 Facsimile: (415) 882-0300

11 Attorneys for Defendant
   ALLSTATE INDEMNITY COMPANY



GRANTED
Judge James Ware
on 2/6/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | Case No. C06 05489 JW PVT |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND DEADLINE FOR ALLSTATE INDEMNITY COMPANY'S RESPONSE TO COMPLAINT |
| vs. | |
| FARMER INSURANCE EXCHANGE, et al., | |
| Defendants. | |

02/05/2007 15:08 FAX 14153976392     LONG AND LEVIT                    ☒003/003
FEB. 5. 2007 10:23AM   SONNENSCHEIN NATH                        NO. 2600   P. 3

1  IT IS HEREBY STIPULATED by and between Plaintiff Allied Property and Casualty
2  Insurance Company ("Allied") and Defendant Allstate Indemnity Company ("Allstate"), by and
3  through their respective counsel, that the deadline for Allstate's response to Allied's complaint
4  is extended until February 20, 2007.

LONG & LEVIT LLP

DATED: 2/5/07

_____
Karen L. Uno
David P. Borovsky
Attorneys for ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY


SONNENSCHEIN NATH & ROSENTHAL LLP

DATED: February 5, 2007

Peter R. Soares  /s/
_____
Peter R. Soares
Attorneys for ALLSTATE INDEMNITY
COMPANY

-2-
STIPULATION TO EXTEND DEADLINE FOR ALLSTATE'S RESPONSE TO COMPLAINT

# PROOF OF SERVICE

I, Katherine Carr James, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On February 5, 2007, I served a copy of the following document entitled:

**STIPULATION TO EXTEND DEADLINE FOR ALLSTATE INDEMNITY COMPANY'S RESPONSE TO COMPLAINT**

on the interested parties in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

**David Brian Ezra**
**BERGER KAHN**
**2 Park Plaza, Suite 650**
**Irvine, CA 92614-2519**
(Attorneys for Defendant
Farmers Insurance Exchange)

**Ross C. Smith**
**BERGER KAHN, A Law Corporation**
**Jamboree Center**
**2 Park Plaza, Suite 650**
**Irvine, CA 92614-8516**
(Attorneys for Defendant
Farmers Insurance Exchange)

[X] U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

[ ] FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

[ ] FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

[ ] HAND DELIVERY: I caused such document to be served by hand delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 5, 2007, at San Francisco, California.

*/s/ Katherine Carr James*
Katherine Carr James