KAREN L. UNO (State Bar No. 117410)
DAVID P. BOROVSKY (State Bar No. 216588)
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392

Attorneys for Plaintiff
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY

CYNTHIA L. MELLEMA (State Bar No. 122798)
PETER R. SOARES (State Bar No. 206715)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY



2/12/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>FARMER INSURANCE EXCHANGE, et al.,<br><br>            Defendants. | Case No. C06 05489 JW PVT<br><br>STIPULATION TO DISMISS DEFENDANT ALLSTATE INDEMNITY COMPANY WITHOUT PREJUDICE CONDITIONED ON AGREEMENT TO BE BOUND BY JUDGMENT |

-1-
STIPULATION TO DISMISS ALLSTATE WITHOUT PREJUDICE

Plaintiff Allied Property and Casualty Insurance Company ("Allied") and Defendant Allstate Indemnity Company ("Allstate"), by and through their respective counsel, stipulate as follows:

1.  On September 7, 2006, Allied filed its complaint (the "Complaint") for declaratory relief against Allstate, Farmers Insurance Exchange, Lincoln General Insurance Company, Direct Services, Inc., Jeffrey Steven Huff, Jean E. August, Raul Cervantes, Ada Palma Rodriguez, Juarez Marcelino, Consuelo Rodriguez, Dina Rodriguez, Joel Rodriguez, Sergio Rodriguez, Consuelo P. Rodriguez, German Rodriguez, Jr., Ruben Rodriguez and Manuel Rodriguez in the above-captioned action (the "Declaratory Relief Action").

2.  The Complaint alleges that, on April 25, 2005, Mr. Huff was driving a car owned by Ms. August when he was involved in an accident that resulted in injuries to certain of the defendants including German Rodriguez, Sr., Allstate's insured.

3.  Allstate issued Allstate automobile policy number 9 04 787132 to German Rodriguez, Sr. for the policy period from January 8, 2005 through July 8, 2005 (the "Allstate Policy"). As a result of the accident, Allstate made certain payments under the Allstate Policy and may have claims against Allied with respect to those payment including claims for indemnity and/or subrogation.

4.  Allied issued Allied automobile policy number PPC0014405265 to Jean E. August for the policy period beginning January 3, 2005 (the "Allied Policy"). According to the Complaint, the Allied Policy specifies different limits for liability coverage for the named insured and her "family members," on the one hand, and an insured who is not a "family member," on the other. For the former, the limit of liability coverage is $500,000 and for the latter, it is $35,000.

5.  In this suit, Allied requests a declaration from the Court that the $35,000 limit applies to Mr. Huff.

6.  Allstate agrees to be bound by any judgment, order or other ruling issued by the Court in the Declaratory Relief Action. Based on Allstate's agreement to be bound, Allied agrees to dismiss it from the Declaratory Relief Action without prejudice.

7. Each party to this stipulation expressly agrees to waive all rights to recover attorneys' fees and costs from the other party with respect to the Declaratory Relief Action.

IT IS SO STIPULATED.

LONG & LEVIT LLP

DATED: 2/7/07

_____
Karen L. Uno
David P. Borovsky

Attorneys for Plaintiff
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY


SONNENSCHEIN NATH & ROSENTHAL LLP

DATED: _____

_____
Cynthia L. Mellema
Peter R. Soares

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

7. Each party to this stipulation expressly agrees to waive all rights to recover attorneys' fees and costs from the other party with respect to the Declaratory Relief Action.

IT IS SO STIPULATED.

LONG & LEVIT LLP

DATED: _____

_____
Karen L. Uno
David P. Borovsky

Attorneys for Plaintiff
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY


SONNENSCHEIN NATH & ROSENTHAL LLP


DATED: February 8, 2007

___Peter R. Soares  /s/_____
Cynthia L. Mellema
Peter R. Soares

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

# PROOF OF SERVICE

I, Katherine Carr James, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On February 8, 2007, I served a copy of the following document entitled:

**STIPULATION TO DISMISS DEFENDANT ALLSTATE INDEMNITY COMPANY WITHOUT PREJUDICE CONDITIONED ON AGREEMENT TO BE BOUND BY JUDGMENT**

on the interested parties in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

**David Brian Ezra**
**BERGER KAHN**
**2 Park Plaza, Suite 650**
**Irvine, CA 92614-2519**
(Attorneys for Defendant
Farmers Insurance Exchange)

**Ross C. Smith**
**BERGER KAHN, A Law Corporation**
**Jamboree Center**
**2 Park Plaza, Suite 650**
**Irvine, CA 92614-8516**
(Attorneys for Defendant
Farmers Insurance Exchange)

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

☐ HAND DELIVERY: I caused such document to be served by hand delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 8, 2007, at San Francisco, California.

_Katherine Carr James_
Katherine Carr James