1  KAREN L. UNO  State Bar #117410
2  DAVID P. BOROVSKY  State Bar #216588
   LONG & LEVIT LLP
3  465 California, Suite 500
   San Francisco, CA 94104
4  TEL: (415) 397-2222  FAX: (415) 397-6392
   kuno@longlevit.com  dborovsky@longlevit.com
5
   Attorneys for Plaintiff
6  ALLIED PROPERTY AND CASUALTY
   INSURANCE COMPANY
7

**GRANTED**
Judge James Ware
3/8/2007

8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, ALLSTATE INDEMNITY COMPANY, LINCOLN GENERAL INSURANCE COMPANY, DIRECT SERVICES, INC., JEFFREY STEVEN HUFF, JEAN E. AUGUST, RAUL CERVANTES, ADA PALMA RODRIGUEZ, JUAREZ MARCELINO, CONSUELO RODRIGUEZ, DINA RODRIGUEZ, JOEL RODRIGUEZ, SERGIO RODRIGUEZ, CONSUELO P. RODRIGUEZ, GERMAN RODRIGUEZ, JR., RUBEN RODRIGUEZ, MANUEL RODRIGUEZ, and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. C-06-05489 JW PVT<br><br>**STIPULATION RE: DISMISSAL OF DEFENDANT DIRECT SERVICES, INC. WITHOUT PREJUDICE CONDITIONED ON ITS AGREEMENT TO BE BOUND BY JUDGMENT AND PARTICIPATE IN DISCOVERY** |

Plaintiff Allied Property & Casualty Insurance Company ("Allied") and defendant Direct Services, Inc. stipulate as follows:

To safeguard Allied's ability to obtain a full and final judicial declaration of its rights and

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION RE: DISMISSAL

obligations under the policy as to all originally named defendants as set forth in the complaint, and to minimize the expense associated with the formal participation of Direct Services, Inc. in this lawsuit, the parties hereby agree that:

Allied will dismiss, without prejudice, Direct Services, Inc.;

Both parties waive their right to recover costs from the other with respect to this dismissal;

Notwithstanding its voluntary dismissal, Direct Services, Inc. shall be bound by the court's judgment in this action as if it had remained a named defendant; and, further, it shall fully cooperate in the discovery process as though it had remained a named defendant, to the extent such discovery is necessary.

Dated: March 6, 2007

LONG & LEVIT LLP

By: _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Plaintiff
ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

Dated: _____, 2007

BURNHAM BROWN

By: _____
ELIZABETH C. KIM
Attorney for Defendant
DIRECT SERVICES, INC.

DOCS\S5240-286\529890.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION RE: DISMISSAL

1  obligations under the policy as to all originally named defendants as set forth in the complaint,
2  and to minimize the expense associated with the formal participation of Direct Services, Inc. in
3  this lawsuit, the parties hereby agree that:
4      Allied will dismiss, without prejudice, Direct Services, Inc.;
5      Both parties waive their right to recover costs from the other with respect to this dismissal;
6      Notwithstanding its voluntary dismissal, Direct Services, Inc. shall be bound by the
7  court's judgment in this action as if it had remained a named defendant; and, further, it shall fully
8  cooperate in the discovery process as though it had remained a named defendant, to the extent
9  such discovery is necessary.

Dated: _____, 2007      LONG & LEVIT LLP

By: _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Plaintiff
ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

Dated: March 2, 2007      BURNHAM BROWN

By: _____
ELIZABETH C. KIM
Attorney for Defendant
DIRECT SERVICES, INC.

DOCS\S5240-286\529890.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION RE: DISMISSAL