KAREN L. UNO  State Bar #117410
DAVID P. BOROVSKY  State Bar #216588
LONG & LEVIT LLP
465 California, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
kuno@longlevit.com   dborovsky@longlevit.com

Attorneys for Plaintiff
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY

**GRANTED**
Judge James Ware
3/8/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, ALLSTATE INDEMNITY COMPANY, LINCOLN GENERAL INSURANCE COMPANY, DIRECT SERVICES, INC., JEFFREY STEVEN HUFF, JEAN E. AUGUST, RAUL CERVANTES, ADA PALMA RODRIGUEZ, JUAREZ MARCELINO, CONSUELO RODRIGUEZ, DINA RODRIGUEZ, JOEL RODRIGUEZ, SERGIO RODRIGUEZ, CONSUELO P. RODRIGUEZ, GERMAN RODRIGUEZ, JR., RUBEN RODRIGUEZ, MANUEL RODRIGUEZ, and DOES 1-50, inclusive,<br><br>　　　　　　　　Defendants. | CASE No. C-06-05489 JW PVT<br><br>STIPULATION RE:  DISMISSAL OF DEFENDANT LINCOLN GENERAL INSURANCE COMPANY WITHOUT PREJUDICE CONDITIONED ON ITS AGREEMENT TO BE BOUND BY JUDGMENT AND PARTICIPATE IN DISCOVERY |

Plaintiff Allied Property & Casualty Insurance Company ("Allied") and defendant Lincoln General Insurance Company stipulate as follows:

To safeguard Allied's ability to obtain a full and final judicial declaration of its rights and

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION RE:  DISMISSAL

obligations under the policy as to all originally named defendants as set forth in the complaint, and to minimize the expense associated with the formal participation of Lincoln General Insurance Company in this lawsuit, the parties hereby agree that:

Allied will dismiss, without prejudice, Lincoln General Insurance Company;

Both parties waive their right to recover costs from the other with respect to this dismissal;

Notwithstanding its voluntary dismissal, Lincoln General Insurance Company shall be bound by the court's judgment in this action as if it had remained a named defendant; and, further, it shall fully cooperate in the discovery process as though it had remained a named defendant, to the extent such discovery is necessary.

Dated: MARCH 6, 2007

LONG & LEVIT LLP

By: _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Plaintiff
ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

Dated: _____, 2007

BURNHAM BROWN

By: _____
ELIZABETH C. KIM
Attorney for Defendant
LINCOLN GENERAL INSURANCE COMPANY

DOCS\S5240-286\529888.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION RE: DISMISSAL

1  obligations under the policy as to all originally named defendants as set forth in the complaint,
2  and to minimize the expense associated with the formal participation of Lincoln General
3  Insurance Company in this lawsuit, the parties hereby agree that:
4      Allied will dismiss, without prejudice, Lincoln General Insurance Company;
5      Both parties waive their right to recover costs from the other with respect to this dismissal;
6      Notwithstanding its voluntary dismissal, Lincoln General Insurance Company shall be
7  bound by the court's judgment in this action as if it had remained a named defendant; and,
8  further, it shall fully cooperate in the discovery process as though it had remained a named
9  defendant, to the extent such discovery is necessary.

11  Dated: _____, 2007        LONG & LEVIT LLP

13                                    By: _____
                                      KAREN L. UNO
14                                    DAVID P. BOROVSKY
                                      Attorneys for Plaintiff
15                                    ALLIED PROPERTY AND
                                      CASUALTY INSURANCE COMPANY

17  Dated: March 2, 2007              BURNHAM BROWN

19                                    By: _____
                                      ELIZABETH C. KIM
20                                    Attorney for Defendant
                                      LINCOLN GENERAL INSURANCE
21                                    COMPANY

DOCS\S5240-286\529888.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2
STIPULATION RE: DISMISSAL