1  KAREN L. UNO State Bar #117410
2  DAVID P. BOROVSKY State Bar #216588
   LONG & LEVIT LLP
3  465 California, Suite 500
   San Francisco, CA 94104
4  TEL: (415) 397-2222  FAX: (415) 397-6392
   kuno@longlevit.com  dborovsky@longlevit.com
5
   Attorneys for Plaintiff
6  ALLIED PROPERTY AND CASUALTY
7  INSURANCE COMPANY

GRANTED
Judge James Ware
3/8/2007

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

11 | ALLIED PROPERTY AND CASUALTY | CASE No. C-06-05489 JW PVT
12 | INSURANCE COMPANY,           |
                                  | STIPULATION RE: DISMISSAL OF
13 |                  Plaintiff,  | DEFENDANT JEFFREY STEVEN HUFF
                                  | WITHOUT PREJUDICE CONDITIONED
14 | vs.                          | ON HIS AGREEMENT TO BE BOUND BY
                                  | JUDGMENT AND PARTICIPATE IN
15 | FARMERS INSURANCE EXCHANGE,  | DISCOVERY
   | ALLSTATE INDEMNITY COMPANY,
16 | LINCOLN GENERAL INSURANCE
   | COMPANY, DIRECT SERVICES, INC.,
17 | JEFFREY STEVEN HUFF, JEAN E.
   | AUGUST, RAUL CERVANTES, ADA
18 | PALMA RODRIGUEZ, JUAREZ
19 | MARCELINO, CONSUELO
   | RODRIGUEZ, DINA RODRIGUEZ,
20 | JOEL RODRIGUEZ, SERGIO
   | RODRIGUEZ, CONSUELO P.
21 | RODRIGUEZ, GERMAN RODRIGUEZ,
22 | JR., RUBEN RODRIGUEZ, MANUEL
   | RODRIGUEZ, and DOES 1-50,
23 | inclusive,
24 |                 Defendants.
25

26    Plaintiff Allied Property & Casualty Insurance Company ("Allied") and defendant Jeffrey
27 Steven Huff stipulate as follows:
28    To safeguard Allied's ability to obtain a full and final judicial declaration of its rights and

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION RE: DISMISSAL

obligations under the policy as to all originally named defendants as set forth in the complaint, and to minimize the expense associated with the formal participation of Jeffrey Steven Huff in this lawsuit, the parties hereby agree that:

    Allied will dismiss, without prejudice, Jeffrey Steven Huff;

    Both parties waive their right to recover costs from the other with respect to this dismissal;

    Notwithstanding his voluntary dismissal, Jeffrey Steven Huff shall be bound by the court's judgment in this action as if he had remained a named defendant; and, further, he shall fully cooperate in the discovery process as though he had remained a named defendant, to the extent such discovery is necessary.

Dated: MARCH 6, 2007

LONG & LEVIT LLP

By: _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Plaintiff
ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

Dated: _____, 2007

By: _____
JEFFREY STEVEN HUFF

DOCS\S5240-286\529879.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1 | obligations under the policy as to all originally named defendants as set forth in the complaint,
2 | and to minimize the expense associated with the formal participation of Jeffrey Steven Huff in
3 | this lawsuit, the parties hereby agree that:
4 |     Allied will dismiss, without prejudice, Jeffrey Steven Huff;
5 |     Both parties waive their right to recover costs from the other with respect to this dismissal;
6 |     Notwithstanding his voluntary dismissal, Jeffrey Steven Huff shall be bound by the
7 | court's judgment in this action as if he had remained a named defendant; and, further, he shall
8 | fully cooperate in the discovery process as though he had remained a named defendant, to the
9 | extent such discovery is necessary.

11 | Dated: _____, 2007      LONG & LEVIT LLP

13 |      By: _____
14 |      KAREN L. UNO
     DAVID P. BOROVSKY
     Attorneys for Plaintiff
     ALLIED PROPERTY AND
     CASUALTY INSURANCE COMPANY

17 | Dated: 2-23-07, 2007

     By: /s/ Jeffrey Steven Huff
     JEFFREY STEVEN HUFF

21 | DOCS\SS240-286529879.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION RE: DISMISSAL