KAREN L. UNO  State Bar #117410
DAVID P. BOROVSKY  State Bar #216588
LONG & LEVIT LLP
465 California, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222   FAX: (415) 397-6392
kuno@longlevit.com  dborovsky@longlevit.com

Attorneys for Plaintiff
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY

**GRANTED**
Judge James Ware
3/8/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, ALLSTATE INDEMNITY COMPANY, LINCOLN GENERAL INSURANCE COMPANY, DIRECT SERVICES, INC., JEFFREY STEVEN HUFF, JEAN E. AUGUST, RAUL CERVANTES, ADA PALMA RODRIGUEZ, JUAREZ MARCELINO, CONSUELO RODRIGUEZ, DINA RODRIGUEZ, JOEL RODRIGUEZ, SERGIO RODRIGUEZ, CONSUELO P. RODRIGUEZ, GERMAN RODRIGUEZ, JR., RUBEN RODRIGUEZ, MANUEL RODRIGUEZ, and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. C-06-05489 JW PVT<br><br>**STIPULATION RE: DISMISSAL OF DEFENDANT MARCELINO JUAREZ WITHOUT PREJUDICE CONDITIONED ON HIS AGREEMENT TO BE BOUND BY JUDGMENT AND PARTICIPATE IN DISCOVERY** |

Plaintiff Allied Property & Casualty Insurance Company ("Allied") and defendant Marcelino Juarez (erroneously named/sued herein as Juarez Marcelino) stipulate as follows:

To safeguard Allied's ability to obtain a full and final judicial declaration of its rights and

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION RE: DISMISSAL

obligations under the policy as to all originally named defendants as set forth in the complaint, and to minimize the expense associated with the formal participation of Marcelino Juarez in this lawsuit, the parties hereby agree that:

Allied will dismiss, without prejudice, Marcelino Juarez;

Both parties waive their right to recover costs from the other with respect to this dismissal;

Notwithstanding his voluntary dismissal, Marcelino Juarez shall be bound by the court's judgment in this action as if he had remained a named defendant; and, further, he shall fully cooperate in the discovery process as though he had remained a named defendant, to the extent such discovery is necessary.

Dated: MARCH 6, 2007

LONG & LEVIT LLP

By: _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Plaintiff
ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

Dated: _____, 2007

BURNHAM BROWN

By: _____
ELIZABETH C. KIM
Attorney for Defendant
MARCELINO JUAREZ

DOCS\S5240-286\529891.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION RE: DISMISSAL

obligations under the policy as to all originally named defendants as set forth in the complaint, and to minimize the expense associated with the formal participation of Marcelino Juarez in this lawsuit, the parties hereby agree that:

Allied will dismiss, without prejudice, Marcelino Juarez;

Both parties waive their right to recover costs from the other with respect to this dismissal;

Notwithstanding his voluntary dismissal, Marcelino Juarez shall be bound by the court's judgment in this action as if he had remained a named defendant; and, further, he shall fully cooperate in the discovery process as though he had remained a named defendant, to the extent such discovery is necessary.

Dated: _____, 2007

LONG & LEVIT LLP

By: _____
KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Plaintiff
ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

Dated: March 2, 2007

BURNHAM BROWN

By: _____
ELIZABETH C. KIM
Attorney for Defendant
MARCELINO JUAREZ

DOCS\S5240-286\529891.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2
STIPULATION RE: DISMISSAL