CHARLES R. WELDON
ATTORNEY AT LAW
12749 NORWALK BOULEVARD, SUITE 104
BOX 1110
NORWALK, CALIFORNIA 90651-1110
PHONE (562) 864-3737
FAX (562) 863-9962
State Bar No. 28449

Attorney for Defendant, RAUL CERVANTES

**GRANTED**
*James Ware*
Judge James Ware
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
3/28/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FARMERS INSURANCE EXCHANGE ALLSTATE INDEMNITY COMPANY, LINCOLN GENERAL INSURANCE COMPANY, DIRECT SERVICES, INC., JEFFREY STEVEN HUFF, JEAN E. AUGUST, RAUL CERVANTES, ADA PALMA RODRIGUEZ, JUAREZ MARCELINO, CONSUELO RODRIGUEZ, DINA RODRIGUEZ, JOEL RODRIGUEZ, SERGIO RODRIGUEZ, CONSUELO P. RODRIGUEZ, GERMAN RODRIGUEZ, JR., RUBEN RODRIGUEZ, MANUEL RODRIGUEZ, AND DOES 1-50, Inclusive.<br><br>　　　　　Defendants. | Case No.: C-06-05489 JW PVT<br><br>STIPULATION RE: DISMISSAL OF DEFENDANT RAUL CERVANTES WITHOUT PREJUDICE CONDITIONED ON HIS AGREEMENT TO BE BOUND BY JUDGEMENT AND PARTICIPATION IN DISCOVERY |

　　Plaintiff Allied Property & Casualty Insurance Company ("Allied") and Defendant Raul Cervantes stipulates as follows:

-1-

To safeguard Allied's ability to obtain a full and final judicial declaration of its rights and obligations under the policy as to all originally named defendants as set forth in the complaint, and to minimize the expense associated with the formal participation of Raul Cervantes in this lawsuit, the parties hereby agree that:

Allied will dismiss, without prejudice, Raul Cervantes;

Both parties waive the right to recover costs from the other with respect to this dismissal;

Notwithstanding Raul Cervantes has not answered, he shall be bound by the court's judgment in this action as if he had answered; and, further, he shall fully cooperate in the discovery process as though he had answered, to the extent such discovery is necessary.

///

DATED: March 22, 2007

LONG & LEVIT, LLP

By: ______________________

KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Plaintiff
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

DATED: March 22, 2007

LAW OFFICES OF CHARLES R. WELDON

By: ______________________

JERRY D. TURNER, ESQ.
Attorney for Defendant,
RAUL CERVANTES

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, CA 94104.

On March 27, 2007, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *Allied Property and Casualty Insurance Company v. Farmers Insurance Exchange, et al.*, USDC, Northern District of California, San Jose Division, Case No. C-06-05489 JW PVT:

**STIPULATION RE: DISMISSAL OF DEFENDANT RAUL CERVANTES WITHOUT PREJUDICE CONDITIONED ON HIS AGREEMENT TO BE BOUND BY JUDGEMENT AND PARTICIPATION IN DISCOVERY**

SERVED UPON: ATTORNEY(S) NAMES – OR – "SEE ATTACHED SERVICE LIST"

> Jerry D. Turner
> Charles R. Weldon
> Attorney at Law
> 12749 Norwalk Blvd., #104
> Box 1110
> Norwalk, CA 90651-1110

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business. [CCP § 1013]

☐ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated on the attached service list. [CCP § 1013(e)]

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 27, 2007, at San Francisco, California.

_____
PATRICIA HAYMOND

DOCS\S5240-286\531461.V1

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222