IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Allied Property & Casualty Insurance Company, | NO. C 06-05489 JW |
| Plaintiff, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Farmers Insurance Exchange, et al., | |
| Defendants. | |

The preliminary pretrial conference currently scheduled for June 4, 2007, at 11:00 AM is VACATED. The Court will set a new date in its order on the parties' cross motions for summary judgment.

Dated: May 24, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Brian Ezra dezra@bergerkahn.com
David P. Borovsky dborovsky@longlevit.com
Elizabeth Curie Kim lkim@burnhambrown.com
Gerard A. Rose gfitzrose@aol.com
Glenda De Guzman injurylaw@dunnion.com
Karen L. Uno kuno@longlevit.com
Peter R. Soares psoares@sonnenschein.com
Ross C Smith rsmith@bergerkahn.com

Dated:  May 24, 2007                              **Richard W. Wieking, Clerk**

                                                  **By:  /s/JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California